### 9970

REEDY RIVER POWER CO. v. CITY OF LAURENS *ET AL.*
(96 S. E. 116.)

APPEAL AND ERROR—DISMISSAL—PAYMENT OF JUDGMENT.—Where the judgment has been paid and the litigation is at an end, there is nothing for the appellate Court to consider on an appeal, and motion to dismiss will be granted.

Before PEURIFOY, J., Laurens, Spring term, 1918. Appeal dismissed.

Statement:

This was an action on a contract to furnish electric power, alleged to have been made in 1908 between plaintiff and the city council of Laurens. The defendants denied the right of plaintiffs to recover and set up sundry counterclaims. The plaintiff obtained a verdict for the sum of $3,143.58, and from judgment thereon defendants appeal. Upon the call of the case in the Supreme Court, a motion to dismiss the appeal upon the ground that the plaintiff had been paid its judgment and the appeal was nugatory was made.

*Messrs. Dial & Todd,* attorneys for plaintiff-respondent, were heard for the motion.

*Messrs. Richey & Richey, Haynsworth & Haynsworth* and *R. K. Carson,* attorneys for defendants-appellants, *contra.*

The following *per curiam* order was made by the Court:

It appearing that the litigation between the plaintiff-respondent and defendant-appellant, is at an end, and that the judgment in favor of the plaintiff against the city of Laurens has been paid, there is nothing in the case for the Court to consider. As to whether or not the city council has power to contract for a longer term than their term of office, and deprive those who should succeed them of all control over the matter, is not now properly before us, and can only be determined if a proper case should arrive in the future, and presented by the proper authorities of the city or any citizen or taxpayer thereof.

The motion to dismiss the appeal herein is granted.

(Signed)   E. B. GARY, C. J.,
           D. E. HYDRICK, A. J.
           R. C. WATTS, A. J.,
           T. B. FRASER, A. J.

MR. JUSTICE GAGE, absent, did not participate.